UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gerald L. Marshall, II
Fed. Reg. No# 08573-007
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630

    Plaintiff,

v.

Federal Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20534

    Defendant.

FILED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:06CV00886

JUDGE: James Robertson

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/10/2006

**PLAINTIFF'S COMPLAINT REQUESTING RELIEF PURSUANT TO THE FREEDOM OF INFORMATION ACT TITLE 5 U.S.C. § 552 et seq.**

COMES NOW, Plaintiff, Gerald L. Marshall, II, moving pro se, and hereby respectfully requests this Honorable Court to compel the Federal Bureau of Prisons to relinquish to him the specifically requested documents outlined in Plaintiff's Freedom of Information Act Request. This Court has jurisdiction to entertain this complaint pursuant to Title 5 U.S.C. § 552(a)(4)(B) (West. Supp. 2005). Gallace v. U.S. Dept. of Agriculture, 273 F.Supp.2d 53, 58 (D.D.C. 2003). In support of this complaint, Plaintiff asserts the following:

    1. Plaintiff is a District of Columbia Code offender, confined at Rivers Correctional Institution pursuant to a contract between the Bureau of Prisons ("BOP") and the GEO Group. See D.C. Code § 24-101(b) (2001).

RECEIVED
APR 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

2. On or about March 1, 2006, Plaintiff sent a Freedom of Information act ("FOIA") request to the care of Wanda M. Hunt, Chief FOIA/Pa section of the BOP. The FOIA request was sent to the BOP"s office via the United States Postal Service's certified mail #7002 3150 0004 2813 6895. See D.C. Code § 14-506 (West. 2001) (certified mail return receipt as prima facie evidence of delivery). So v. 514 10th Street Associates, L.P., 834 A. 2d 910, 914 n.3 (D.C. 2003); Associated Estates, LLC v. Caldwell, 779 A. 2d 939, 944 (D.C. 2001). A response to the F.O.I.A. request was due by April 13, 2006. See Exhibit One.

3. Within Plaintiff's March 1, 2006 FOIA request, he specifically requested the following items as outlined below:

   A.  A copy of all the original 2000 contract (J1PCc-005), and the subsequent contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Out-sourcing"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

As of this instant complaint, the BOP has failed to relinquish the requested documents to Plaintiff within the twenty (20) day window authorized by Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2006). Judicial Watch, Inc. v. Rossotti, 326 F.3d 1309, 1210 (D.C. Cir. 2003); Judicial Watch Inc. v. Naval Observatory, 160 F.Supp.2d 111, 112-113 (D.D.C. 2001).

4. Plaintiff clearly described the documents sought in accordance with the BOP's regulation. <u>CF</u>. 28 C.F.R. § 513.61(c)(2004). The FOIA request was advanced to the BOP's office in good faith. Because of the BOP's inaction with regard to the Plaintiff's March 1, 2006 FOIA request and their slighting of 28 C.F.R. § 513.61(c), this Court has the unfetted authorization to compel the BOP to relinquish to Plaintiff the documents outlined in paragraph 3 of this complaint. <u>See</u> <u>chiefly</u> Title 5 U.S.C. § 552(a)(4)(B). <u>Gallace v. U.S. Dept. of Agriculture</u>, 273 F.Supp.2d at 58 (D.D.C. 2003).

5. The BOP has provided Plaintiff with an extremely vague, unsigned March 14th, 2006 letter, simply acknowledging the receipt of Plaintiff's March 1, 2006 F.O.I.A. request. <u>See</u> Exhibit. Notably, the letter fails to apprise Plaintiff whether the BOP will comply with his request. 5 U.S.C. § 552(a)(6)(A)(i). The BOP has failed to assert that it is operating under unusual circumstances. Nor has the BOP provided Plaintiff with notice that it is extending the <u>20</u> day requirement by <u>10</u> days. 5 U.S.C. § 552(a)(6)(B)(i). The BOP has failed to provide Plaintiff with the opportunity to modify his March 1, 2006 F.O.I.A. request. 5 U.S.C. § 552(a)(6)(B)(ii). <u>See</u> Exhibit Two. Plaintiff's asserts that notwithstanding the BOP's unsigned March 14, 2006 letter, the BOP has failed its mandatory, nondiscretionary duty to fully comply with Title 5 U.S.C. § 552(a)(6)(A) and (a)(6)(B), respectively.

(3)

6. Enclosed with this complaint, is Plaintiff's requisite application to proceed in forma pauperis. See 28 U.S.C. § 1915 et seq. The court is requested to consider this complaint as timely filed, and to suspend any and all prospective unexhausted BOP remedies during the pendency of this action. See McCall v. U.S. Marshalls Service, 36 F.Supp.2d 3, 5 (D.D.C. 1999).

### RELIEF SOUGHT

Plaintiff is seeking the following relief:

A.  An order from the Court enjoining the BOP to relinquish to him all the documents outlined in paragraph 3 of this complaint within (10) days of the Court's mandate; and,

B.  An order from the Court enjoining the BOP to reimburse Plaintiff for the entire court filing fee, and for any and all cost that Plaintiff may incur during the course of this action.

WHEREFORE, Plaintiff prays that the Court will grant him the relief that he is respectfully seeking, in an expeditious manner.

Respectfully Submitted,

/s/ *[signature]*
Gerald L. Marshall, II

(4)

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief. See Title 28 U.S.C. § 1746 (West Rev. Ed. 2005).

Excuted on 4/14/2006            /s/ *Gerald L. Marshall, II*
                                Gerald L. Marshall, II

(5)

Gerald L. Marshall, II.
Fed. Reg. # 08573-007
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986-0630


March 1, 2006                           VIA CERTIFIED MAIL NO.
                                        7000 1530 0004 8493 0925

Wanda M. Hunt
Chief, FOIA/PA Section
Federal Bureau of Prisons
320 First Street N.W., Room 843
HOLC Building
Washington, DC 20534

    Re:   Request for BOP documents and contract Pursuant to the F.O.I.A., Title 5 U.S.C. § 552 et seq., and 28 C.F.R. § 513.60.

Dear Ms. Hunt:

This instant one (1) part request is for the following:

1.    A copy of **all** the **original 2000 contract** (J1PCc-005), and the subsequent contract (J1PCc-002) between the Bureau of Prisons ("BOP") and the Wackenhut Corrections Corporation (now known as "Global Experts In Outscoring"), with respect to the construction and operation of Rivers Correctional Institution, 145 Parkers Fishery Road, Winton, North Carolina 27986.

This request is presented to you in accordance with Title 5 U.S.C. § 552 (West. 1996) and 28 C.F.R. § 513.60 (2004). I am requesting that your office waive all costs for the searching and copying of the foregoing contract and B.O.P. documents. See Title 5 U.S.C. § 552(a)(4)(i) (West. 2004). Importantly, a response to this request for information is required within twenty (20) days. See Title 5 U.S.C. § 552(a)(6)(A)(i) (West. 2004), and 28 C.F.R. § 513.68 (2004).

Thank you for your cooperation in this matter.

Sincerely,

*[signature]*
Gerald L. Marshall, II.

FILED
06 0886
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Exhibit ONE

Page 1 of 2

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief. <u>See</u> Title 28 U.S.C. § 1746.

Executed on: 3 / 1 /2006                    *[signature]*
                                            Gerald L. Marshall



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7000 1530 0004 8493 0925
Status: **Delivered**

Your item was delivered at 7:39 am on March 08, 2006 in WASHINGTON, DC 20534.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy




**U.S. DEPARTMENT OF JUSTICE**
Bureau of Prisons

*Federal Bureau of Prisons*
*FOIA/PA Office*
*320 First Street, NW*
*Washington, DC 20534*

March 14, 2006

Gerald Marshall
Register Number 08573-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

Re: FOIA/PA Request Number 2006-04035

Dear Requester:

The Federal Bureau of Prisons is in receipt of your Freedom of Information Act/Privacy Act request. It has been assigned a number which you will find above. Please make a note of it as you will need to include it in any correspondence or inquiry regarding your request.

Due to the large number of requests received by the Bureau of Prisons for disclosure of records pursuant to the Freedom of Information and Privacy Acts, and due to the limited resources available to process such requests, the Bureau of Prisons has adopted a first-in/first-out practice of processing all incoming requests.

Your request has been placed in chronological order based on the date of receipt and will be handled as expeditiously as possible when it is assigned for processing. While most request can be processed within 20 working days, exceptions may exist.

Unless you indicated otherwise, by submission of your request, you have agreed to pay fees up to $25.00, as stated in 28 C.F.R. 16.3(c). Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate that your fees will be in excess of $25.00, we will notify you of the estimated amount. At that time, you will have the option of modifying your requests to reduce fees.

If you have questions regarding the status of your request, you may contact the Bureau of Prisons FOIA Service Center at 202-616-7750.

06 0886
Exhibit
Two

FILED

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT