IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gerald L. Marshall, II.
Fed. Reg. No. 08573-007
Rivers Correctional Institution
Post Office Box-630
Winton, North Carolina 27986

        Plaintiff,

v.                                         Civil No. 06-0886

Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

        Defendant.

PLAINTIFF'S MOTION REQUESTING THE COURT TO
DISMISS HIS FREEDOM OF INFORMATION ACT
<u>COMPLAINT WITHOUT PREJUDICE</u>

    **COMES NOW**, the plaintiff, moving <u>pro se</u>, and hereby respectfully request this court to dismiss his pending Freedom of Information Act complaint, 5 U.S.C.§ 552 et seq., **without prejudice**. This instant motion is advanced to the court pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. In support of this motion, plaintiff asserts the following:

    1. On or abourt April 24, 2006, plaintiff submitted a Freedom of Act(FOIA) complaint to this court pursuant to Title 5 U.S.C. § 552 et seq.

    2. Subsequent to plaintiff submitting his FOIA complaint to the court, the Federal Bureau of Prison's ("BOP") FOIA section responded to plaintiff's request for information, with a cover letter dated April 27, 2006. <u>See</u> the attached April 27, 2006 letter.

-1-

**FILED**
MAY 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Within the April 27, 2006 letter, the BOP's FOIA department extends to plaintiff, the right to appeal to the Attorney General if plaintiff is dissatisfied with the FOIA response. See id. Plaintiff has decided to appeal the response.

4. At this juncture, it appears that the court has not attached jurisdiction to plaintiff's complaint. There is no response from the defendant in this case. Thus, the defendants will not be prejudiced by plaintiff's request for dismissal of his FOIA complaint.

5. Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(i), plaintiff is asking the court to dismiss his pending FOIA complaint **WITHOUT PREJUDICE**.

Date 5 / 18 / 2006

Respectfully Submitted,

/s/ Gerald L. Marshall